U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br><br>MARGUERITE MARION, Plaintiff<br>v.<br>BANK OF AMERICA, NATIONAL ASSOCIATION, Defendant. | Case Number:<br>FILED: JULY 8, 2008<br>08CV3867<br>JUDGE KENDALL<br>MAGISTRATE JUDGE BROWN<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kathryn Suzanne Clark

---

| NAME (Type or print) |
|---|
| Kathryn Suzanne Clark |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kathryn Suzanne Clark |

| FIRM |
|---|
| Seyfarth Shaw, LLP |

| STREET ADDRESS |
|---|
| 131 South Dearborn Street, Suite 2400 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6289232 | (312) 460-5000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |