**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>MARGUERITE MARION, Plaintiff<br>v.<br>BANK OF AMERICA, NATIONAL ASSOCIATION, Defendant. | Case Number:<br>FILED: JULY 8, 2008<br>08CV3867<br>JUDGE KENDALL<br>MAGISTRATE JUDGE BROWN<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ronald J. Kramer

| |
|---|
| NAME (Type or print)<br>Ronald J. Kramer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Ronald J. Kramer |
| FIRM<br>Seyfarth Shaw, LLP |
| STREET ADDRESS<br>131 South Dearborn Street, Suite 2400 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06211050 | TELEPHONE NUMBER<br>(312) 460-5000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |