IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARGUERITE MARION, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 3867 |
| ) | |
| v. ) | Judge Virginia M. Kendall |
| ) | |
| BANK OF AMERICA, NATIONAL ) ASSOCIATION, ) | Magistrate Judge Geraldine Soat Brown |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

TO:   Laurel G. Bellows
      Kristen E. Prinz
      BELLOWS AND BELLOWS, P.C.
      209 South LaSalle Street, Suite 800
      Chicago, Illinois 60604

PLEASE TAKE NOTICE that on Monday, July 21, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia M. Kendall in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion to Dismiss, a true and correct copy of which was filed electronically through the Court's electronic filing system.

**Dated: July 14, 2008**

Respectfully submitted,

BANK OF AMERICA CORPORATION

By: s/Kathryn S. Clark
    One of Its Attorneys

Jeffrey K. Ross
Ronald J. Kramer
Kathryn S. Clark
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL  60603
Telephone: (312) 460-5000
Facsimile:  (312) 460-7000

CH1 11519482.1

## CERTIFICATE OF SERVICE

    Kathryn S. Clark, an attorney, certifies that she caused a true and correct copy of the foregoing **Notice of Motion** to be filed electronically in the United States District Court for the Northern District of Illinois on this 14th day of July, 2008, and that a true and correct copy of the foregoing was served on the following via first class U.S. Mail, postage pre-paid:

        Laurel G. Bellows
        Kristen E. Prinz
        BELLOWS AND BELLOWS, P.C.
        209 South LaSalle Street, Suite 800
        Chicago, Illinois 60604

                                          /s/Kathryn S. Clark
                                          Kathryn S. Clark