IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARGUERITE MARION,<br><br>      Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>      Defendant. | Case No. 08 CV 3867<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Geraldine Soat Brown |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Bank of America Corporation[1] ("BOA"), by its attorneys and pursuant to Fed. R. Civ. P. 7.1, states as follows for its Corporate Disclosure Statement:

1.    BOA is a parent company that operates through various subsidiaries.

2.    There is no publicly-owned corporation that owns ten percent or more of BOA's stock.

DATE: July 14, 2008

Respectfully submitted,

BANK OF AMERICA CORPORATION

By:    s/ Kathryn S. Clark
        One of Its Attorneys

Jeffrey K. Ross
Ronald J. Kramer
Kathryn S. Clark
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000 (telephone)
(312) 460-7000 (facsimile)

---

[1] The Complaint incorrectly names "Bank of America, National Association" as the Defendant.

## CERTIFICATE OF SERVICE

    Kathryn S. Clark, an attorney, hereby certifies that on July 14, 2008, she electronically filed the foregoing **Defendant's Corporate Disclosure Statement** in the United States District Court for the Northern District of Illinois and that a true and correct copy of the same was served upon the following via first class U.S. mail, postage pre-paid:

        Laurel G. Bellows
        Kristen E. Prinz
        BELLOWS AND BELLOWS, P.C.
        209 South LaSalle Street, Suite 800
        Chicago, Illinois 60604

                /s/Kathryn S. Clark
                Kathryn S. Clark