**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Marguerite Marion

                              Plaintiff,

v.                                                  Case No.: 1:08–cv–03867
                                                  Honorable Virginia M. Kendall

Bank of America, National Association

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Defendant's motion to dismiss[8] is taken under advisement. Response is to be filed by 8/4/2008. Reply is due by 8/11/2008. Court will rule by mail. Status hearing date of 9/18/2008 shall stand.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.