IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARGUERITE MARION, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 3867 |
| ) | |
| v. ) | Judge Virginia M. Kendall |
| ) | |
| BANK OF AMERICA, NATIONAL ) | Magistrate Judge Geraldine Soat Brown |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## JOINT AND AGREED MOTION FOR AN
## EXTENSION OF TIME AND TO STAY ALL PENDING MATTERS

Plaintiff MARGUERITE MARION ("Marion") and Defendant BANK OF AMERICA CORPORATION[1] ("BOA"), by their attorneys, seek an extension of time of 30 days for Marion to file a motion to remand this case to state court and of 14 days for BOA to file a response to Marion's motion to remand. In addition, the parties move this Court to stay all pending matters in this action until this Court has ruled on Marion's motion to remand. In support of this Motion, the parties state as follows:

1. On June 10, 2008, Plaintiff Marguerite Marion served BOA with the complaint in this case, which she had previously filed on May 20, 2008 in Illinois state court.

2. On July 8, 2008, BOA removed this case to this Court based on federal question and diversity jurisdiction.

3. On July 14, 2008, BOA filed its Motion to Dismiss the Complaint.

---

[1] The Complaint incorrectly names the Defendant as "Bank of America, National Association."

CH1 11525707.1

4.  On July 16, 2008, this Court ordered Marion to respond to BOA's Motion to Dismiss the Complaint by August 4, 2008 and for BOA to reply by August 11, 2008. This Court also scheduled a status hearing for September 18, 2008.

5.  On July 17, 2008, BOA's counsel, Kathryn Clark, spoke with Marion's counsel, Kristen Prinz, regarding Marion's intention to file a motion to remand this case to state court. Prinz and Clark agreed that it would be beneficial to both parties to stay the briefing on BOA's Motion to Dismiss the Complaint and the status hearing until this Court rules on Marion's motion to remand the case to state court. In addition, Clark and Prinz agreed to allow Marion 30 days to file her motion to remand and BOA 14 days to file a response.

WHEREFORE, the parties respectfully request that this Court stay all pending matters in this case and grant Marion an extension of time until **August 11, 2008** to file her motion to remand and BOA until **August 25, 2008** to respond to Marion's motion to remand.

**DATED: July 22, 2008**

                        Respectfully submitted,

                        BANK OF AMERICA CORPORATION

                        By: /s/Kathryn S. Clark
                              One of Its Attorneys

                        Jeffrey K. Ross
                        Ronald J. Kramer
                        Kathryn S. Clark
                        SEYFARTH SHAW LLP
                        131 South Dearborn Street, Suite 2400
                        Chicago, Illinois 60603
                        (312) 460-5000 (telephone)
                        (312) 460-7000 (facsimile)

                        Respectfully submitted,

                        MARGUERITE MARION

                        By: /s/Kristen E. Prinz (with consent)
                              One of Its Attorneys

                        Joel J. Bellows
                        Laurel G. Bellows
                        Kristen E. Prinz
                        BELLOWS AND BELLOWS, P.C.
                        209 South LaSalle Street, Suite 800
                        Chicago, Illinois 60604

## CERTIFICATE OF SERVICE

Kathryn S. Clark, an attorney, certifies that she caused a true and correct copy of the foregoing **Joint And Agreed Motion For An Extension Of Time And To Stay All Pending Matters** to be filed electronically in the United States District Court for the Northern District of Illinois on this 22nd day of July, 2008, and that a true and correct copy of the foregoing was served on the following via the Court's electronic filing system:

> Joel J. Bellows
> Laurel G. Bellows
> Kristen E. Prinz
> BELLOWS AND BELLOWS, P.C.
> 209 South LaSalle Street, Suite 800
> Chicago, Illinois 60604

> /s/Kathryn S. Clark
> Kathryn S. Clark

CH1 11525707.1