IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARGUERITE MARION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>　　　　Defendant. | Case No. 08 CV 3867<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

TO:　Joel J. Bellows
　　　Laurel G. Bellows
　　　Kristen E. Prinz
　　　BELLOWS AND BELLOWS, P.C.
　　　209 South LaSalle Street, Suite 800
　　　Chicago, Illinois 60604

　　PLEASE TAKE NOTICE that on Monday, July 28, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia M. Kendall in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and then and there present the parties' **Joint and Agreed Motion For An Extension Of Time And To Stay All Pending Matters**, a true and correct copy of which was filed electronically through the Court's electronic filing system.

**Dated: July 22, 2008**

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BANK OF AMERICA CORPORATION

　　　　　　　　　　　　　　　　　　　　By: s/Kathryn S. Clark
　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Jeffrey K. Ross
Ronald J. Kramer
Kathryn S. Clark
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

CH1 11526824.1

## CERTIFICATE OF SERVICE

      Kathryn S. Clark, an attorney, certifies that she caused a true and correct copy of the foregoing **Notice of Motion** to be filed electronically in the United States District Court for the Northern District of Illinois on this 22nd day of July, 2008, and that a true and correct copy of the foregoing was served on the following via the Court's electronic filing system:

>Joel J. Bellows
>Laurel G. Bellows
>Kristen E. Prinz
>BELLOWS AND BELLOWS, P.C.
>209 South LaSalle Street, Suite 800
>Chicago, Illinois 60604

                          /s/Kathryn S. Clark
                          Kathryn S. Clark