**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Marguerite Marion

                        Plaintiff,

v.                                            Case No.: 1:08–cv–03867
                                                        Honorable Virginia M. Kendall

Bank of America, National Association

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 28, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff and defendant First Franklin Financial fail to appear. Motion hearing held. Defendant's agreed motion for an extension of time and to stay all pending matters [14] is granted. Plaintiff is given to 8/11/2008 to file a motion to remand and supporting memoranda.Response is due by 8/25/2008. Reply is due by 9/2/2008. Court will rule by mail. Briefing on defendant's motion to dismiss is stayed pending disposition of the motion to remand.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.