IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARGUERITE MARION, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 3867 |
| ) | |
| v. ) | Judge Virginia M. Kendall |
| ) | |
| BANK OF AMERICA, NATIONAL ) | Magistrate Judge Geraldine Soat Brown |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

### AGREED MOTION FOR AN EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S MOTION TO REMAND

Defendant Bank of America Corporation ("BAC") (improperly named in the Complaint as Bank of America, National Association), by its attorneys, moves this Court for an additional five days, up to and including Friday, August 29, 2008, to file it's response to Plaintiff Marguerite Marion's ("Marion") Motion to Remand and until Friday, September 5, 2008 for Marion to file her Reply. In support of this Motion, the parties state as follows:

1. On June 10, 2008, Marion served BOA with the complaint in this case, which she had previously filed on May 20, 2008 in Illinois state court. On July 8, 2008, BAC removed this case to this Court based on federal question and diversity jurisdiction.

2. On July 22, 2008, the parties filed an Agreed Motion for Extension of Time and to Stay All Pending Matters. On July 28, 2008, this Court granted the parties' Motion and ordered Marion to file her Motion to Remand by August 11, 2008, BAC to file its response by August 25, 2008, and Marion to file her reply by September 2, 2008.

3. On August 8, 2008, Marion filed her Motion to Remand, but the exhibits to the Motion to Remand were not filed with the Court due to an electronic filing error. On August 20,

CH1 11547482.1

2008, Marion re-filed her Motion to Remand with the exhibits attached. As a result, BAC did not receive the complete Motion to Remand with exhibits until August 20, 2008.

4. On August 22, 2008, BAC's counsel spoke with Marion's counsel via telephone, and the parties agreed to a five day extension of time, up to and including Friday, August 29, 2008, for BAC to file its response to Marion's Motion to Remand. Also, the parties agreed that Marion will file her reply on Friday, September 5, 2008.

5. This motion is made in good faith and is not being filed for the purpose of causing delay.

WHEREFORE, Defendant Bank of America Corporation respectfully requests that this Court grant it an additional five days, up to and including Friday, August 29, 2008, to file its response to Marion's Motion to Remand.

**DATED: August 22, 2008**

> Respectfully submitted,
>
> BANK OF AMERICA CORPORATION
>
> By: /s/Kathryn S. Clark
>     One of Its Attorneys

Jeffrey K. Ross
Ronald J. Kramer
Kathryn S. Clark
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000 (telephone)
(312) 460-7000 (facsimile)

## CERTIFICATE OF SERVICE

     Kathryn S. Clark, an attorney, certifies that she caused a true and correct copy of the foregoing **Agreed Motion For An Extension Of Time To Respond To Plaintiff's Motion To Remand** to be filed electronically in the United States District Court for the Northern District of Illinois on this 22nd day of August, 2008, and that a true and correct copy of the foregoing was served on the following via the Court's electronic filing system:

          Joel J. Bellows
          Laurel G. Bellows
          Kristen E. Prinz
          BELLOWS AND BELLOWS, P.C.
          209 South LaSalle Street, Suite 800
          Chicago, Illinois 60604

                                              /s/Kathryn S. Clark
                                              Kathryn S. Clark

CH1 11547482.1