IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARGUERITE MARION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA, NATIONAL ) <br> ASSOCIATION, ) <br> ) <br> Defendant. ) | Case No. 08 CV 3867 <br><br> Judge Virginia M. Kendall <br><br> Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

TO: Joel J. Bellows
Laurel G. Bellows
Kristen E. Prinz
BELLOWS AND BELLOWS, P.C.
209 South LaSalle Street, Suite 800
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on Wednesday, August 27, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia M. Kendall in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and then and there present the parties' **Agreed Motion For An Extension Of Time To Respond To Plaintiff's Motion To Remand**, a true and correct copy of which was filed electronically through the Court's electronic filing system.

**Dated: August 22, 2008**

Respectfully submitted,

BANK OF AMERICA CORPORATION

By: s/Kathryn S. Clark
    One of Its Attorneys

Jeffrey K. Ross
Ronald J. Kramer
Kathryn S. Clark
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

CH1 11547503.1

## CERTIFICATE OF SERVICE

      Kathryn S. Clark, an attorney, certifies that she caused a true and correct copy of the foregoing **Notice of Motion** to be filed electronically in the United States District Court for the Northern District of Illinois on this 22nd day of August, 2008, and that a true and correct copy of the foregoing was served on the following via the Court's electronic filing system:

                Joel J. Bellows
                Laurel G. Bellows
                Kristen E. Prinz
                BELLOWS AND BELLOWS, P.C.
                209 South LaSalle Street, Suite 800
                Chicago, Illinois 60604

                                          /s/Kathryn S. Clark
                                          Kathryn S. Clark

CH1 11547503.1