UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Marguerite Marion

                              Plaintiff,

v.                                                   Case No.: 1:08–cv–03867
                                                                         Honorable Virginia M. Kendall

Bank of America, National Association

                                     Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Agreed motion by defendant Bank of America, National Association for an extension of time to respond [19] to plaintiff's motion to remand [18] is granted. Response due by 8/29/2008. Reply due by 9/5/2008. Mailed notice(tlp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.