IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARGUERITE MARION,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **BANK OF AMERICA, NATIONAL** ) <br> **ASSOCIATION,** ) <br> ) <br> **Defendant.** ) | **Case No. 08 CV 3867** <br><br> **Judge Virginia M. Kendall** <br><br> **Magistrate Judge Geraldine Soat Brown** |

### NOTICE OF MOTION

TO:  Joel J. Bellows
     Laurel G. Bellows
     Kristen E. Prinz
     BELLOWS AND BELLOWS, P.C.
     209 South LaSalle Street, Suite 800
     Chicago, Illinois 60604

PLEASE TAKE NOTICE that on Monday, September 8, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia M. Kendall in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendant's Motion to Add the Complaint's Exhibits to Its Notice of Removal**, a true and correct copy of which was filed electronically through the Court's electronic filing system and served upon you.

**Dated: August 29, 2008**                    Respectfully submitted,

                                              BANK OF AMERICA CORPORATION

                                              By: s/Kathryn S. Clark_____
                                                  One of Its Attorneys

Jeffrey K. Ross
Ronald J. Kramer
Kathryn S. Clark
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL  60603
Telephone: (312) 460-5000
Facsimile:  (312) 460-7000

CH1 11552721.1

**CERTIFICATE OF SERVICE**

      Kathryn S. Clark, an attorney, certifies that she caused a true and correct copy of the foregoing **Notice of Motion** to be filed electronically in the United States District Court for the Northern District of Illinois on this 29th day of August, 2008, and that a true and correct copy of the foregoing was served on the following via the Court's electronic filing system:

      Joel J. Bellows
      Laurel G. Bellows
      Kristen E. Prinz
      BELLOWS AND BELLOWS, P.C.
      209 South LaSalle Street, Suite 800
      Chicago, Illinois 60604

                       /s/Kathryn S. Clark
                          Kathryn S. Clark