IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARGUERITE MARION,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No. 08 CV 3867<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

TO:   Joel J. Bellows
        Kristen E. Prinz
        BELLOWS AND BELLOWS, P.C.
        209 South LaSalle Street, Suite 800
        Chicago, Illinois 60604

PLEASE TAKE NOTICE that on Monday, September 8, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia M. Kendall in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendant's Motion to File *Instanter* Its Response to Plaintiff's Motion to Remand**, a true and correct copy of which was filed through the Court's electronic filing system and served upon you.

**Dated: September 2, 2008**        Respectfully submitted,

                                                        BANK OF AMERICA CORPORATION

                                                        By: s/Kathryn S. Clark
                                                             One of Its Attorneys

Jeffrey K. Ross
Ronald J. Kramer
Kathryn S. Clark
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

CH1 11553973.1

## CERTIFICATE OF SERVICE

      Kathryn S. Clark, an attorney, certifies that she caused a true and correct copy of the foregoing **Notice of Motion** to be filed electronically in the United States District Court for the Northern District of Illinois on this 2nd day of September, 2008, and that a true and correct copy of the foregoing was served on the following via the Court's electronic filing system:

                        Joel J. Bellows
                        Kristen E. Prinz
                        BELLOWS AND BELLOWS, P.C.
                        209 South LaSalle Street, Suite 800
                        Chicago, Illinois 60604

                                              /s/Kathryn S. Clark
                                                Kathryn S. Clark

CH1 11553973.1